UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WANDA L. AUSTIN, | Case No. 17-14082 |
| Plaintiff, | Stephanie Dawkins Davis |
| v. | United States District Judge |
| COMMISSIONER OF SOCIAL SECURITY, | Patricia T. Morris United States Magistrate Judge |
| Defendant. | |

**OPINION AND ORDER
ACCEPTING AND ADOPTING REPORT
AND RECOMMENDATION [ECF No. 30]
GRANTING PLAINTIFF'S MOTION TO
EXTEND [ECF No. 27], GRANTING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT [ECF No. 28],
AND GRANTING DEFENDANT'S MOTION FOR REMAND [ECF No. 29]**

This matter is before the court on a Motion to Extend and a Motion for Summary Judgment filed by Plaintiff Wanda Austin and a Motion for Remand filed by Defendant, the Commissioner of Social Security. This court referred the matter to Magistrate Judge Patricia Morris, who issued a Report and Recommendation on April 21, 2021, recommending that the court grant the Plaintiff's Motions and grant the Defendant's Motion to Remand. (ECF No. 30, PageID.549).

1

Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the 14-day time period for filing objections has expired. *See* 28 Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court therefore finds that the parties have waived further review of the Magistrate Judge's Report. Nonetheless, upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the court agrees with the Magistrate Judge's recommended disposition.

The court, therefore, **ACCEPTS** and **ADOPTS** Magistrate Judge Morris' April 21, 2021 Report and Recommendation [ECF No. 30]. Consequently, the court **GRANTS** Plaintiff's Motion to Extend and Motion for Summary Judgment [ECF Nos. 27, 28], and **GRANTS** the Defendant's Motion for Remand [ECF. No. 29].

**SO ORDERED**.

Dated:    June 7, 2021

s/Stephanie Dawkins Davis  
HON. STEPHANIE DAWKINS DAVIS  
United States District Court Judge